FILED
11/24/2025 11:49 AM
Melissa M. Tuttle, Clerk
Clark County Common Pleas Court

# EXHIBIT 1

**IN THE COMMON PLEAS COURT OF CLARK COUNTY, OHIO**
**CIVIL DIVISION**

| | |
|---|---|
| **Shawn Foster as**<br>**Executrix of the Estate of**<br>**Judith A. Foster, deceased**<br>855 Wickersham Court<br>Sun Prairie, WI 53590<br><br>Plaintiff,<br><br>v.<br><br>**Springfield ALF, LLC DBA**<br>**Springfield Assisted Living**<br>**c/o Statutory Agent**<br>**Eamon L. Burgess**<br>1309 Neil Avenue<br>Columbus, OH 43201<br><br>and<br><br>**Angel Anthony**<br>509 Scott Street<br>Springfield, OH 45505<br><br>Defendants. | Case No.:_____  **25CV1001**<br><br>Judge_____<br><br><br><br>**COMPLAINT FOR PERSONAL**<br>**INJURIES WITH JURY DEMAND**<br>**ENDORSED HEREIN** |

## FIRST CLAIM FOR RELIEF

1. On or about December 19, 2024, Plaintiff, Judith A. Foster (hereafter "Plaintiff"), was seated in a wheelchair as a passenger in a medical transport van owned by Defendant, Springfield ALF, LLC DBA Springfield Assisted Living (hereafter "Defendant Springfield"), which is a living facility located in Springfield, Clark County, Ohio. The transport van was being operated by Defendant, Angel Anthony, (hereafter "Defendant

11/24/2025 11:49 AM
Melissa M. Tuttle, Clerk
Clark County Common Pleas Court

Angel"), who at all relevant times was an employee of Defendant Springfield and/or acting on its behalf.

2. Defendant Springfield's employees/agents including but not limited to Defendant Angel, failed to properly secure Plaintiff's wheelchair down with the required safety restraints before or during the transport. Therefore, when Defendant Angel made an eastbound turn onto Derr Road in Springfield, Clark County, Ohio, during transport, Plaintiff's unsecured wheelchair tipped over, causing Plaintiff to be thrown from the chair and sustain injuries, including a hip hematoma which caused a decrease in hemoglobin that required blood transfusion, and required Plaintiff to move from assisted self-sufficient living to skilled nursing.

3. At all relevant times, Defendant Springfield negligently entrusted the vehicle to Defendant Angel, an inexperienced and incompetent driver, and/or was acting on her behalf as principal agent, and therefore is liable vicariously.

4. At all relevant times, Defendant Springfield negligently hired and/or retained and/or supervised and/or failed to properly train Defendant Angel.

5. At all relevant times, Defendant Springfield and/or Defendant Angel negligently failed to provide safety restraints for Plaintiff's wheelchair.

6. Plaintiff died on May 26, 2025, unrelated to the incident described in this complaint.

7. On July 21, 2025, Shawn Foster was appointed as Executrix of the Estate of Judith A. Foster, deceased, by the Clark County Probate Court, Case # 20250377. A copy of the Letter of Authority is attached as Exhibit A.

8. As a proximate result of the negligence of Defendant, Plaintiff sustained injuries and damages as follows:

   a. Bodily injuries including a severe hematoma which caused significant medical symptoms and treatment and increased medical support;

   b. Great pain and suffering, both physical and emotional, and loss of ability to perform usual functions that will cause further pain and suffering and loss of ability to perform usual functions in the future;

   c. Reasonable and necessary medical expenses in excess of $141,401.05;

   d. Miscellaneous out of pocket expenses in an amount yet to be determined;

9. The aforesaid negligence of Defendants was the direct and proximate cause of the injuries and damages to Plaintiff.

FILED
11/24/2025 11:49 AM
Melissa M. Tuttle, Clerk
Clark County Common Pleas Court

**WHEREFORE,** Plaintiff, Shawn Foster as Executrix of the Estate of Judith A. Foster, deceased, demands judgment against Defendants, Springfield ALF, LLC DBA Springfield Assisted Living and Angel Anthony, jointly and severally, in an amount in excess of $25,000.00, plus interest and costs of this action.

Respectfully submitted,

**DYER, GAROFALO, MANN & SCHULTZ**

Kenneth J. Ignozzi, Esq. (0055431)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio 45402
Phone: (937) 223-8888
Fax: (937) 223-0127
kignozzi@dgmslaw.com

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

Kenneth J. Ignozzi, Esq. (0055431)
Attorney for Plaintiff